UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**ARRIS GROUP, INC.,**

*Plaintiff,*

-*vs*-

**LEADER ELECTRONICS INC.**

*Defendants.*

Case No.: 14-cv-00345

Judge: Hon. Sharon Johnson Coleman

Magistrate Judge: Hon. Mary M. Rowland

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Leader Electronics, Inc. represents that it has no parent company and that no publicly held company owns 10% or more of its stock.

Pursuant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois, defendant Leader Electronics, Inc. represents that it has no parent company and that no entity owns 5% or more of its stock.

Dated: March 31, 2014

Respectfully submitted,

LEADER ELECTRONICS INC.

By: s/ Rodney W. Bell  _____

Rodney W. Bell (rbell@changcote.com) *admitted pro hac vice*
CHANG & COTÉ, LLP
19138 East Walnut Drive North, Suite 100
Rowland Heights, California 91748
Tel.: (626) 854-2112
Fax: (626) 854-2120

Mark E. Parsky (mep@mcveyparsky-law.com)
John P. McCorry (jpm@mcveyparsky-law.com)
McVEY & PARSKY, LLC
30 N. LaSalle St., Suite 2100
Chicago, Illinois 60602
Tel.: (312) 551-2130
Fax: (312) 551-2131

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2014, I electronically filed the foregoing document entitled:

# CORPORATE DISCLOSURE STATEMENT

with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following person(s):

    Mark L. Durbin (mark.durbin@btlaw.com)

    Peter N. Moore (peter.moore@btlaw.com)

    John P. McCorry (jpm@mcveyparsky-law.com)

I certify and declare under penalty of perjury under the laws of the State of Illinois that the foregoing is true and correct.

Executed on March 31, 2014 at Rowland Heights, California.

                By: s/ Rodney W. Bell
                      Rodney W. Bell

                Attorney for Defendant Leader Electronics Inc.