# EXHIBIT J

From: Rodney W. Bell [mailto:rbell@changcote.com]
Sent: Monday, March 30, 2015 12:49 PM
To: Durbin, Mark
Cc: 'Victor Xu'; Moore, Peter; Antony Chen
Subject: RE: Arris Group vs Leader Electronics

Mark,

We encountered some unexpected complications in getting the e-discovery vendor into the case but those are now behind us. We're reviewing your document production format requests now and I anticipate having some substantive feedback for you later this week.

As far as the discovery schedule is concerned, my target is to be in a position to begin producing Leader's responsive documents by mid-May. This would leave 45 days for depositions. In the event that this is insufficient for what you have in mind, I will cooperate with you in seeking an extension of the current July 31 completion date from the court. If significant progress is being made, I do not envision such a request being denied.

I understand the time constraints that we face and I'm doing everything within my power to move the discovery issues to an expeditious conclusion.

Best regards,

Rodney W. Bell
CHANG & COTÉ
A LIMITED LIABILITY PARTNERSHIP

*19138 East Walnut Drive N, Suite 100*
*Rowland Heights, California 91748*

(626) 854-2112 *phone*
(626) 854-2120 *fax*
rbell@changcote.com

Any tax advice contained in the body of this e-mail (and any attachments thereto) was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

**NOTICE:** The information contained in this e-mail message may contain attorney-client privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone at (626) 854-2112 and delete the original message. Thank you.

From: Durbin, Mark [mailto:Mark.Durbin@btlaw.com]
Sent: Thursday, March 26, 2015 5:45 PM
To: Rodney W. Bell
Cc: 'Victor Xu'; Moore, Peter
Subject: RE: Arris Group vs Leader Electronics

Rodney,

Thanks for sending the documents. I have yet to hear from ARRIS that the originals have been delivered, but I also haven't heard anything to the contrary.

Your note does not address the most pressing issue at this point – the status of Leader's document collection and production. ARRIS's document requests have been outstanding since May of last year, and we have a fact discovery cut off at the end of July. On our call, you indicated that your client is still mapping the location of documents, which indicates we could be many weeks away from receiving materials. Given the technical nature of the document and the foreign language issues, as well as the likely need for many depositions, this creates significant concerns. We will continue to be as flexible as possible, but need Leader to comply with the requests soon. Please propose a schedule for production. If we cannot agree on a schedule, we will have no choice but to ask the court to set a schedule.

We are also waiting to hear from you or your e-discovery vendor about production format, as we discussed on our call. We would be happy to coordinate a call with technical people on the line to get that moving if you like..

As for the deposition, as I indicated on the phone, I see no reason to jump to oral discovery before written discovery is even close to complete. Leader should be focused on its collection of documents and production, rather than on depositions, at this point. Moreover, it's unclear to me what "facts and circumstances" Leader would want a witness to know regarding the documents and, perhaps more importantly, what those fact and circumstances have to do with the defective products Leader delivered and the resulting harm. The documents are what they are. I'm not sure what the facts and circumstances surrounding have to do with anything. If there is some specific piece of information Leader is looking for, let me know what it is. Maybe it will have to wait for a deposition after we get written discovery back on track, but depending on what Leader is looking for, maybe there is a simple way to satisfy the concern.

I'm out next week, but please propose a schedule for production that we can consider. We are running out of time.

Thanks,

Mark

Mark L. Durbin
Partner
Barnes & Thornburg LLP
One North Wacker Drive
Suite 4400

Chicago IL 60606
312.214.4849
630.309.5063(mobile)
[Mark.durbin@btlaw.com](Mark.durbin@btlaw.com)
[www.btlaw.com](www.btlaw.com)

---

From: Rodney W. Bell [mailto:rbell@changcote.com]
Sent: Thursday, March 19, 2015 2:54 PM
To: Durbin, Mark
Cc: 'Victor Xu'; Moore, Peter
Subject: Arris Group vs Leader Electronics

Hi Mark,

Leader has obtained documents responsive to Arris' requests concerning current UL certification. I have directed Leader to provide the originals to the contact person at Arris who requested them.

On a related matter, as I have mentioned I would like to arrange for the depositions of one or more persons at Arris :

    1. The terms, conditions and circumstances surrounding the assignment of the 2006 Corporate Supply Agreement from ARRIS Technology, Inc. f/k/a General Instrument Corp. to ARRIS Group, Inc. in 2013;

    2. The terms, conditions and circumstances surrounding the assignment of the 2010 "Duplicate" Corporate Supply Agreement from ARRIS Technology, Inc. f/k/a General Instrument Corp. to ARRIS Group, Inc. in 2013;

    3. The terms, conditions and circumstances surrounding the assignment of the 2006 Corporate Supply Agreement from ARRIS Taiwan Limited f/k/a General Instrument of Taiwan, Ltd. in 2013;

    4. The terms, conditions and circumstances surrounding the assignment of the 2010 "Duplicate" Corporate Supply Agreement from ARRIS Taiwan Limited f/k/a General Instrument of Taiwan, Ltd. in 2013;

    5. The relationship of ARRIS Technology, Inc. f/k/a General Instrument Corp. to ARRIS Group, Inc. including the nature of its current operations.

    6. The relationship of ARRIS Taiwan Limited f/k/a General Instrument of Taiwan, Ltd. to ARRIS Group, Inc. including the nature of its current operations.

The foregoing topics are unrelated to the defect issues that are the subject of the pending document production so there would seem to be no practical reason to delay them until completion of the latter. All relevant documents should already have been produced. Also, I believe that it is in the interest of both sides to resolve any issues concerning Arris' rights under the CSA and Duplicate CSA as early in the litigation as possible.

I am amenable to taking these depositions in Chicago or at another location that is convenient to your client. I don't anticipate that the deposition(s) will take more than a few hours. Please let me know your position on this, and on dates that you and your client would be available for the depositions.

Best regards,

Rodney W. Bell

# CHANG & COTÉ

A LIMITED LIABILITY PARTNERSHIP

*19138 East Walnut Drive N, Suite 100*
*Rowland Heights, California 91748*

(626) 854-2112 *phone*
(626) 854-2120 *fax*
rbell@changcote.com

Any tax advice contained in the body of this e-mail (and any attachments thereto) was not intended or written to be used, and cannot be used, by the recipient for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code or applicable state or local tax law provisions.

**NOTICE:** The information contained in this e-mail message may contain attorney-client privileged and confidential information intended only for the use of the individual or entity named above.  If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify us immediately by telephone at (626) 854-2112 and delete the original message. Thank you.

```
CONFIDENTIALITY NOTICE: This email and any attachments are
for the exclusive and confidential use of the intended recipient. If
you are not the intended recipient, please do not read, distribute
or take action in reliance upon this message. If you have received
this in error, please notify us immediately by return email and
promptly delete this message and its attachments from your
computer system. We do not waive attorney-client or work product
privilege by the transmission of this message.
```