# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARRIS GROUP, INC., *Plaintiff*, | )<br>)<br>)<br>) Case No.: 14 cv 00345 |
| v. | ) |
| LEADER ELECTRONICS INC., *Defendant*. | )<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL

Plaintiff, ARRIS GROUP, INC. ("ARRIS"), and Defendant, Leader Electronics, Inc. ("Leader"), through their respective counsel, hereby stipulate and agree that, pursuant to the terms of the Settlement Agreement, this matter is dismissed with prejudice and each party shall bear their own costs and attorneys' fees. (Proposed Order attached as Exhibit A.)

Dated: December 31, 2015

Respectfully submitted,

ARRIS GROUP, INC.

By: s/ Mark L. Durbin
    One of its Attorneys

Mark L. Durbin (mark.durbin@btlaw.com)
Peter N. Moore (peter.moore@btlaw.com)
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 357-1313
Facsimile: (312) 759-5646

LEADER ELECTRONICS, INC.

By: s/ Daniel J. Woods
    One of its Attorneys

Daniel J. Woods (d.woods@mpglaw.com)

MUSICK PEELER
624 S. Grand Avenue
Suite 2000
Los Angeles, California 90017
Tel.: (213) 629-7622
Fax: (213) 624-1376

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed on December 31, 2015 with the Court's electronic filing (ECF) system, thereby causing it to be served upon the attorneys of record and/or the following:

>Daniel J. Woods (d.woods@mpglaw.com)
>MUSICK PEELER
>624 S. Grand Avenue
>Suite 2000
>Los Angeles, California 90017
>Tel.: (213) 629-7622
>Fax: (213) 624-1376
>
>Mark E. Parsky (mep@mcveyparsky-law.com)
>John P. McCorry (jpm@mcveyparsky-law.com)
>McVEY & PARSKY, LLC
>30 N. LaSalle St., Suite 2100
>Chicago, Illinois 60602
>Tel.: (312) 551-2130
>Fax: (312) 551-2131
>
>Rodney W. Bell (rbell@changcote.com)
>CHANG & COTÉ, LLP
>19138 East Walnut Drive North, Suite 100
>Rowland Heights, California 91748
>Tel.: (626) 854-2112
>Fax: (626) 854-2120

*Attorneys for Defendant, Leader Electronics, Inc.*

s/ Mark L. Durbin
Mark L. Durbin

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| **ARRIS GROUP, INC.,**<br>    *Plaintiff*,<br><br>v.<br><br>**LEADER ELECTRONICS INC.,**<br>    *Defendant*. | )<br>)<br>)<br>) Case No.: 14 cv 00345<br>)<br>)<br>)<br>)<br>) |

## ORDER

Pursuant to the Settlement Agreement between Plaintiff, ARRIS GROUP, INC. ("ARRIS"), and Defendant, Leader Electronics, Inc. ("Leader"), it is hereby ordered that:

1. ARRIS' Complaint against Leader (*i.e.*, this case) is dismissed with prejudice; and

2. Each party shall bear their own costs and attorneys' fees.

SO ORDERED,

_____
Honorable Manish S. Shah

Date: _____

Dated:  December 31, 2015 	Proposed Order Submitted By,

ARRIS GROUP, INC.

By: s/ Mark L. Durbin
    One of its Attorneys

Mark L. Durbin (mark.durbin@btlaw.com)
Peter N. Moore (peter.moore@btlaw.com)
BARNES & THORNBURG LLP
1 North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone:  (312) 357-1313
Facsimile:  (312) 759-5646

LEADER ELECTRONICS, INC.

By: s/ Daniel J. Woods
    One of its Attorneys

Daniel J. Woods (d.woods@mpglaw.com)

MUSICK PEELER
624 S. Grand Avenue
Suite 2000
Los Angeles, California 90017
Tel.:  (213) 629-7622
Fax:  (213) 624-1376